UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
STEVENS, WALLACE LESLIE                             Case No. 05-20792 DSO
STEVENS, JOAN RUTH                                  Chapter 7
                                                    HON. DANIEL S. OPPERMAN

                Debtor(s).                /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| CAPITAL ONE BANK | 13 | $543.74 |
| CAPITAL ONE BANK | 11 | $543.74 |
| CAPITAL ONE BANK | 12 | $1,007.89 |
| CAPITAL ONE BANK | 9 | $730.46 |
| | TOTAL | **$2,825.83** |

Dated: June 4, 2010                              /s/ DANIEL C. HIMMELSPACH
                                                                  DANIEL C. HIMMELSPACH, Trustee
                                                                  916 Washington, Ste. 305
                                                                  Bay City, MI 48708
                                                                  (989) 892-0400
                                                                  trusteehimmelspach@gmail.com